# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE ESPOSITO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>AMSHER COLLECTION SERVICES INC., AND DOES 1 THROUGH 10, INCLUSIVE, AND EACH OF THEM,<br><br>Defendants | Case No. 2:14-cv-00641-JAM-EFB<br><br>**ORDER RE: STIPULATION TO WITHDRAW MOTION FOR CLASS CERTIFICATION** |

   Having considered the parties' Stipulation to withdraw the provisional motion for class certification, the Court orders as follows:

   The motion is granted, and the class certification is withdrawn.

   IT IS SO ORDERED.

DATED: May 8, 2014             /s/ JOHN A. MENDEZ
                               John A. Mendez
                               UNITED STATES DISTRICT JUDGE