**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIKE ESPOSITO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>AMSHER COLLECTION SERVICES INC., AND DOES 1 THROUGH 10, INCLUSIVE, AND EACH OF THEM,<br><br>Defendants | Case No. 2:14-cv-00641-JAM-EFB<br><br>**ORDER RE: STIPULATION OF ALL PARTIES FOR ORDER STAYING CASE PENDING COMPLETION OF SCHEDULED MEDIATION OF CLASS ACTION** |

Good cause having been demonstrated, **IT IS HEREBY** ORDERED that this case be stayed pending the outcome of private mediation between the parties to be held on **November 5, 2014**, including Plaintiff's Motion for Class Certification. If the parties do not reach a settlement agreement resolving this case by the **November 5, 2014**, mediation, the parties shall prepare and file a stipulation for a revised scheduling order and also addressing Plaintiff's Motion for Class Certification.

**IT IS SO ORDER.**

DATED: 9/17/2014 /s/ John A. Mendez
United States District Court Judge