David J. Kaminski (SBN: 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins (SBN: 205175)
kaminskid@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
Attorneys for Defendant,
AMSHER COLLECTION SERVICES INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE ESPOSITO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>AMSHER COLLECTION SERVICES INC., AND DOES 1 THROUGH 10, INCLUSIVE, AND EACH OF THEM,<br><br>Defendants | Case No. 2:14-cv-00641-JAM-EFB<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that all parties in the above-entitled lawsuit have agreed to settle the lawsuit in its entirety. The parties anticipate that they will complete the settlement, and that the parties will file a Stipulation to Dismiss the individual action of Plaintiff MIKE ESPOSITO, with prejudice, and dismiss without prejudice the class action claims asserted in the lawsuit pursuant to FRCP

41(a)(1)(A)(ii), within 45 days from the date of this Notice. The parties request that the Court take off calendar all future calendared dates. Each party shall bear their own costs and expenses.

Dated November 3, 2014            **KAZEROUNI LAW GROUP, APC**

                                  By: /s/ Abbas Kazerounian
                                      Abbas Kazerounian
                                      *Attorneys for Plaintiff*
                                      MIKE ESPOSITO

Dated November 3, 2014            **CARLSON & MESSER LLP**

                                  By:   /s/ David J. Kaminski
                                        David J. Kaminski
                                        Stephen A. Watkins
                                        *Attorneys for Defendants*
                                        AMSHER COLLECTION SERVICES INC.