Todd M. Friedman (SBN 216752)
Arvin Rantanavongse (SBN 257619)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
324 South Beverly Drive, Suite 725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
arantanavongse@toddflaw.com
Attorneys for Plaintiff,
MIKE ESPOSITO

David J. Kaminski (SBN: 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins (SBN: 205175)
kaminskid@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Blvd., Suite 1214
Los Angeles, CA 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
Attorneys for Defendant,
AMSHER COLLECTION SERVICES, INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIKE ESPOSITO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>      vs.<br><br>AMSHER COLLECTION SERVICES INC., AND DOES 1 THROUGH 10, INCLUSIVE, AND EACH OF THEM,<br><br>Defendants. | Case No.  2:14-cv-00641-JAM-EFB<br><br>**JOINT REQUEST TO DISMISS THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss the individual claims with prejudice and the putative class claims without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).   Each party shall bear their own costs and fees. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 27th day of January, 2015

By: /s/Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff Mike Esposito

By: /s/ David J. Kaminski, Esq.
CARLSON & MESSER LLP
Attorney for Defendant Amsher Collection
Services, Inc.

1

**SIGNATURE CERTIFICATION**

2

Pursuant to Section 2(f)(4) of the Electronic Filing Administrative Policies and

3

Procedures Manual, I hereby certify that the content of this document is acceptable to David J.

4

Kaminski, Esq., counsel for Defendant, Amsher Collection Services, Inc., and that I have

5

obtained Mr. Kaminski's authorization affix their electronic signature to this document.

6

7

Dated: January 27, 2015                    Respectfully Submitted,

8

9                                          **Law Offices of Todd M. Friedman, P.C.**

10

11                                         By:/s/Todd M. Friedman_____
                                           Todd M. Friedman, Esq.
12                                         Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Filed Electronically on this 27th date of January, 2015, with:

United States District Court CM/ECF system

Notifications send electronically via the Court's ECF system to:

Honorable Judge John A. Mendez
Eastern District of California

**Jessica Rene' King Dorman**
Hyde and Swigart
Email: jessica@westcoastlitigation.com

**Joshua Branden Swigart**
Hyde and Swigart
Email: josh@westcoastlitigation.com

**Seyed Abbas Kazerounian**
Kazerounian Law Group
Email: ak@kazlg.com

**David Jay Kaminski**
Carlson & Messer
Email: kaminskd@cmtlaw.com

**Stephen Albert Watkins**
Carlson & Messer LLP
Email: watkinss@cmtlaw.com

Dated: January 27, 2015                    Respectfully Submitted,

                                          **Law Offices of Todd M. Friedman, P.C.**

                                          By:/s/Todd M. Friedman
                                                  Todd M. Friedman, Esq.
                                                  Attorney for Plaintiff